**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey  07602-0800
201-489-3000
201-489-1536  Facsimile
*Attorneys for Plaintiff American Neighborhood*
*Mortgage Acceptance Company LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY LLC d/b/a ANNIEMAC HOME MORTGAGE,<br><br>Plaintiff,<br><br>v.<br><br>TAMARA LINN MCNEIL,<br><br>Defendant. | CIVIL ACTION NO. 1:23-cv-21959<br><br>Civil Action<br><br>**DECLARATION OF CONNOR M. MANNION, ESQ., IN SUPPORT OF PLAINTIFF AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY LLC'S BILL OF COSTS** |

CONNOR M. MANNION, ESQ., of full age, hereby declares as follows:

1. I am an attorney at law in the State of New Jersey and am a member of the Bar of this Court. I am an attorney at the law firm of Cole Schotz P.C., counsel for Plaintiff, American Neighborhood Mortgage Acceptance Company LLC d/b/a AnnieMac Home Mortgage ("Plaintiff"), in the above captioned matter.  I submit this declaration in support Plaintiff's application to the clerk of this Court to award Plaintiff $737.00 as reflected in the Bill of Costs submitted contemporaneously herewith.

2. Attached as **Exhibit A** is a true copy of November 6, 2023 electronically mailed receipt for the filing fee in connection with Plaintiff's Complaint.

3. Attached as **Exhibit B** is a true copy of the receipts from Plaintiff's process server in connection with obtaining an affidavit of non-military service.

4. Attached as **Exhibit C** is a true copy of the receipt for personal service of the Summons and Complaint.

I hereby declare under penalty of perjury that the foregoing statements made by me are true and correct to the best of my knowledge. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

        **COLE SCHOTZ P.C.**
        Attorneys for Plaintiff

        By: */s/ Connor M. Mannion*
            Connor M. Mannion, Esq.
            25 Main Street
            Hackensack, New Jersey 07601
            (201) 525-6274
            Cmannion@coleschotz.com

DATED: June 3, 2024

# Exhibit A

| | |
|---|---|
| **From:** | |
| **Sent:** | Monday, November 6, 2023 3:36 PM |
| **To:** | |
| **Cc:** | |
| **Subject:** | FW: Pay.gov Payment Confirmation: NEW JERSEY DISTRICT COURT |
| **Attachments:** | Efiling Receipt - Complaint with Exhibits for Filing.pdf |

Hi ▇▇▇,

Attached is an e-fililng receipt for a complaint we just filed. C/M is 64248-0017. If there is anything else you need, let me know. Thanks!

--



## COLE SCHOTZ P.C.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**PARALEGAL**
OFFICE ▇▇▇▇▇▇
EMAIL ▇▇▇▇▇▇▇▇▇▇

Court Plaza North | 25 Main Street | Hackensack, NJ 07601

NEW JERSEY   NEW YORK   DELAWARE   MARYLAND   TEXAS   FLORIDA

VCARD | COLESCHOTZ.COM

-----Original Message-----
From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Monday, November 6, 2023 3:30 PM
To: Delehanty, Danielle <DDelehanty@coleschotz.com>
Subject: Pay.gov Payment Confirmation: NEW JERSEY DISTRICT COURT

CAUTION: External Message

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Finance Department at (609) 989-0468.

Account Number: 7094331
Court: NEW JERSEY DISTRICT COURT
Amount: $402.00
Tracking Id: ANJDC-14851136
Approval Code: 027457
Card Number: ************8626
Date/Time: 11/06/2023 03:30:19 ET

Person Completing Transaction: Connor Mannion
Attorney Name: Connor Mannion

1

# Exhibit B



Please Remit Payment to:1359 Littleton Road
Morris Plains, NJ 07950-3000
(973) 403-1700 ~ FAX (973) 403- 9222

# INVOICE

**INVOICE NUMBER**
**687309**

**CLIENT FILE #:** 64248-0017
**SERVICE TYPE:** PROCESS SERVICE
**CLIENT #:** COL01

**BILL TO:** CONNOR MANNION
COLE SCHOTZ, P.C.
25 MAIN STREET, P.O. BOX 800
HACKENSACK NJ 07602-0800

**ORDERED BY:** CONNOR MANNION
**SERVICE DATE:** 01/10/24

**CASE TITLE:** AMERICAN VS. MCNEIL
**CASE #:** 1:23-CV-21959
**REFERENCE:** 64248-0017 AMERICAN VS. MCNEIL

### SERVICE INFORMATION

**SERVICE TO:** TAMARA LINN MCNEIL
4605 SHAFTESBURY COURT
CARMICHAEL CA 95608

### REPORT

AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTRANCE COMPANY LLC D/B/A ANNIEMAC HOME MORTGAGE VS.
TAMARA LINN MCNEIL, AN INDIVIDUAL

### BILLING INFORMATION

| | |
|---|---|
| SOCIAL SECURITY NUMBER INQUIRY | 50.00 |

| BILLING DATE: | 01/10/24 | TOTAL AMOUNT DUE >>>> | 50.00 |

Note: 1.5% interest per month (18% Annually) will accrue on accounts not paid within 30 days. Please include the invoice number with remittance. All invoices are considered correct if not disputed within five business days to DGR.

Please charge invoice #687309 to my: AMEX _____ VISA _____ MASTERCARD _____
Card #: _____ Exp. Date: _____ Security Code: _____
Name on Card: _____ Signature: _____
Billing address: _____ City: _____ St: _____ Zip: _____
(If different from above)
Phone: _____ Email Address: _____



Please Remit Payment to: 135 Jefferson Road
Morris Plains, NJ 07950-3000
(973) 403-1700 ~ FAX (973) 403- 9222

# INVOICE

**INVOICE NUMBER**
687310

**BILL TO:** CONNOR MANNION
COLE SCHOTZ, P.C.
25 MAIN STREET, P.O. BOX 800
HACKENSACK NJ 07602-0800

**CLIENT FILE #:** 64248-0017
**SERVICE TYPE:** PROCESS SERVICE
**CLIENT #:** COL01

**ORDERED BY:** CONNOR MANNION
**SERVICE DATE:** 01/10/24

**CASE TITLE:** AMERICAN VS. MCNEIL
**CASE #:** 1:23-CV-21959
**REFERENCE:** 64248-0017 AMERICAN VS. MCNEIL

## SERVICE INFORMATION

**SERVICE TO:** TAMARA LINN MCNEIL
4605 SHAFTESBURY COURT
CARMICHAEL CA 95608

## REPORT

AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTRANCE COMPANY LLC D/B/A ANNIEMAC HOME MORTGAGE VS.
TAMARA LINN MCNEIL, AN INDIVIDUAL

## BILLING INFORMATION

NON-MILITARY AFFIDAVIT OF SERVICE                                                     25.00

| BILLING DATE: | 01/10/24 | TOTAL AMOUNT DUE >>>> | 25.00 |

Note:    1.5% interest per month (18% Annually) will accrue on accounts not paid within 30 days. Please include the invoice number with remittance. All invoices are considered correct if not disputed within five business days to DGR.

Please charge invoice #687310 to my: AMEX _____ VISA _____ MASTERCARD _____

Card #: _____  Exp. Date: _____  Security Code: _____

Name on Card: _____  Signature: _____

Billing address: _____  City: _____  St: ____  Zip: _____
(If different from above)
Phone: _____  Email Address: _____

# Exhibit C



Please Remit Payment to: 1359 Littleton Road
Morris Plains, NJ 07950-3000
(973) 403-1700 ~ FAX (973) 403-9222

# INVOICE

**INVOICE NUMBER**
677464

**CLIENT FILE #:** 64248-0017
**SERVICE TYPE:** PROCESS SERVICE
**CLIENT #:** COL01

**BILL TO:** CONNOR MANNION
COLE SCHOTZ, P.C.
25 MAIN STREET, P.O. BOX 800
HACKENSACK NJ 07602-0800

**ORDERED BY:** CONNOR MANNION
**SERVICE DATE:** 11/13/23

**CASE TITLE:** AMERICAN VS. MCNEIL
**CASE #:** 1:23-CV-21959
**REFERENCE:** 64248-0017 AMERICAN VS. MCNEIL

## SERVICE INFORMATION

**SERVICE TO:** TAMARA LINN MCNEIL, AN INDIVIDUAL
4605 SHAFTESBURY COURT
CARMICHAEL CA 95608

## REPORT

AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTRANCE COMPANY LLC D/B/A ANNIEMAC
HOME MORTGAGE VS.
TAMARA LINN MCNEIL, AN INDIVIDUAL

## BILLING INFORMATION

| | |
|---|---:|
| NOTARY FEE | 15.00 |
| NEXT DAY RUSH - NATIONAL PROCESS SERVICE | 90.00 |
| NATIONAL PROCESS SERVICE | 155.00 |

**BILLING DATE:** 11/17/23   **TOTAL AMOUNT DUE >>>>**   **260.00**

Note:   1.5% interest per month (18% Annually) will accrue on accounts not paid within 30 days. Please include the invoice number with remittance. All invoices are considered correct if not disputed within five business days to DGR.

Please charge invoice #677464 to my: AMEX ____ VISA ____ MASTERCARD ____

Card #: _____  Exp. Date: _____  Security Code: _____

Name on Card: _____  Signature: _____

Billing address: _____  City: _____ St: _____ Zip: _____
(If different from above)

Phone: _____  Email Address: _____