**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey  07602-0800
201-489-3000
201-489-1536  Facsimile
*Attorneys for Plaintiff American Neighborhood*
*Mortgage Acceptance Company LLC*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY LLC d/b/a ANNIEMAC HOME MORTGAGE,<br><br>Plaintiff,<br><br>v.<br><br>TAMARA LINN MCNEIL,<br><br>Defendant. | CIVIL ACTION NO. 1:23-cv-21959<br><br>Civil Action<br><br>**PLAINTIFF AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY LLC'S NOTICE OF MOTION FOR AN ORDER TAXING THE BILL OF COSTS** |

**PLEASE TAKE NOTICE** Plaintiff American Neighborhood Mortgage Acceptance Company LLC ("Plaintiff") will move before the Honorable Karen M. Williams, U.S.D.J., on July 1, 2024, for an Order Taxing the Bill of Costs filed on June 3, 2024 (ECF Document No. 9).

**PLEASE TAKE FURTHER NOTICE** that in support of its motion, Plaintiff will rely on the Certification of Connor M. Mannion with exhibits appended thereto, in addition to the Bill of Costs, filed on June 3, 2024.

**PLEASE TAKE FURTHER NOTICE** that opposition, if any, to the relief sought herein shall be in writing, filed, and served upon the undersigned no later than 14 days before the return date.

64248/0017-47855158

2

                                                  **COLE SCHOTZ P.C.**
Attorneys for Plaintiff

By: */s/ Connor M. Mannion*
      Connor M. Mannion, Esq.
      25 Main Street
      Hackensack, New Jersey 07601
      (201) 525-6274
      Cmannion@coleschotz.com

DATED: June 4, 2024

64248/0017-47855158